In the Matter of the Claim of the COMMISSIONER OF TAXA-
TION AND FINANCE, Respondent, against CHARLES W.
PHILLIPS, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Submitted May 22, 1940; decided June 11, 1940.

*James M. Ryan* and *Lyman B. Lewis* for appellant.

*John J. Bennett, Jr.*, Attorney-General (*Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.